# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| JUAN ELIAS FLORES, JR., | No. ED CV 16-603-FMO (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| FRED FIGUEROA, et al., | |
| Respondent. | |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and this action is dismissed with prejudice.

DATED: August 26, 2016

/s/
HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE